United States Bankruptcy Court
Eastern District of Michigan
Southern Division at Detroit

In Re: **Edward L. Parker**  Case No. 16-42481-PJS
  Chapter 13
  Debtor.  Honorable **Phillip J. Shefferly**

## MOTION FOR ORDER
## ALLOWING INTERNAL REVENUE SERVICE TO FILE LATE PROOF OF CLAIM

The above captioned Debtor, by and through Debtor's undersigned attorneys, hereby moves this Honorable Court for entry of an Order Allowing the Internal Revenue Service to file a late Proof of Claim herein, and in support of this Motion submits as follows:

1. The Debtor filed his above captioned Chapter 13 case herein on February 24, 2016.

2. Due to a clerical error the Internal Revenue Service ("IRS") and related notice parties were inadvertently not listed on the original mailing matrix herein, and as a result did not receive notice of the filing of this case, and have otherwise not received any notice of the pendency of this Chapter 13 case Bankruptcy case until Debtor's undersigned attorneys amended Debtor's schedules and notified IRS on May 19, 2020.

3. Debtor is indebted to the IRS for the 2012 tax year in the approximate amount of $10,689.27, plus interest from December 9, 2019.

4. The original deadline for the IRS to file a proof of claim herein was approximately August 22, 2016, and Debtor's Chapter 13 Plan was confirmed on approximately December 12, 2016.

5. Not allow the IRS a reasonable period of time to file a Proof of Claim herein would be manifestly unjust, and based on the complete lack of notice good cause exists for the relief requested herein.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order Allowing the Internal Revenue Service to file a late Proof of Claim in accordance with and within sixty(60) days after the entry of the proposed Order attached hereto as "EXHIBIT 1".

Dated: June 22, 2020

/s/ *Samuel G. Firebaugh*

**Samuel G. Firebaugh (P-34276)**
**Roberta W. Andrews (P-54001)**
**Firebaugh & Andrews, P.L.L.C.**
**Attorney(s) for Debtor(s)**
**38545 Ford Road, Suite 104**
**Westland, MI 48185**
**(734) 722-2999**
**FirebaughAndrews@comcast.net**

**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

In Re: **Edward L. Parker**

Debtor.

Case No. 16-42481-PJS
Chapter 13
Honorable **Phillip J. Shefferly**

## ORDER
## ALLOWING INTERNAL REVENUE SERVICE TO FILE LATE PROOF OF CLAIM

The above captioned Debtor, by and through Debtor's undersigned attorneys, having filed a Motion for Entry of Order Allowing Internal Revenue Service to File Late Proof of Claim, and it appearing based on the allegations in the Motion that due to a clerical error the Internal Revenue Service did not receive proper or timely notice of the pendency of this Chapter 13 Bankruptcy, and that good cause exists to allow the Internal Revenue Service to file a late Proof of Claim herein, **NOW THEREFORE**:

**IT IS HEREBY ORDERED** that the Internal Revenue Service shall be allowed to file a Proof of Claim herein no later than sixty(60) days after the entry of this Order;

**IT IS HEREBY FURTHER ORDERED** that if the Internal Revenue Service files a Proof of Claim herein within sixty(60) after the entry of this Order, then such Proof of Claim shall be deemed timely filed.

"EXHIBIT 1"

In Re: **Edward L. Parker**  Case No. 16-42481-PJS
  Chapter 13
**Debtor(s).**  Judge **Phillip J. Shefferly**

Address: 26667 Monticello Street, Inkster, MI 48141
Last four digits of Social Security Number(s): xxx-xx-4420

## NOTICE OF MOTION FOR ORDER ALLOWING
## INTERNAL REVENUE SERVICE TO FILE LATE PROOF OF CLAIM

Debtor(s) have filed papers with the Court requesting that an Order be entered allowing Internal Revenue Service to file late Proof of Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion for Order Allowing Internal Revenue Service to file late Proof of Claim, of if you want the court to consider your views on the Motion, within fourteen (14) days, you or your attorney must:

1. File with the Court a written response or answer, explaining your position at: *

**United States Bankruptcy Court**
211 West Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:  Firebaugh & Andrews, P.L.L.C.
  38545 Ford Road, Suite 104
  Westland, Michigan 48185

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: June 30, 2020  /s/ *Samuel G. Firebaugh*
  _____
  **Samuel G. Firebaugh (P-34276)**
  **Firebaugh & Andrews, P.L.L.C.**
  **Attorneys for Debtor(s)**
  **38545 Ford Road, Suite 104**
  **Westland, MI 48185**
  **(734) 722-2999**
  **firebaughandrews@comcast.net**

_____
* Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e)

United States Bankruptcy Court
Eastern District of Michigan
Southern Division at Detroit

In Re:  **Edward L. Parker**                                          Case No. 16-42481-PJS
                                                                      Chapter 13
            Debtor(s).                                                Judge **Phillip J. Shefferly**

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on June 30, 2020, I served copies of the following document(s) filed in the above captioned case:

1. **MOTION FOR ORDER ALLOWING INTERNAL REVENUE SERIVCE TO FILE LATE PROOF OF CLAIM** (dated: June 22, 2020), together with all exhibits and attachments, if any;

2. **NOTICE MOTION FOR ORDER ALLOWING INTERNAL REVENUE SERIVCE TO FILE LATE PROOF OF CLAIM**

upon all those parties specified on the matrix list attached hereto, at the addresses specified for said parties on such matrix list, all by first class mail with fully prepaid postage affixed.

Dated: June 30, 2020                                  */s/ Stephanie A. Best*

                                                      **Stephanie A. Best, Legal Assistant**
                                                      **Firebaugh & Andrews, P.L.L.C.**
                                                      **Attorney(s) for Debtor(s)**
                                                      **38545 Ford Road, Suite 104**
                                                      **Westland, MI 48185**
                                                      **(734) 722-2999**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 16-42481-pjs<br>Eastern District of Michigan<br>Detroit<br>Tue Jun 30 11:23:01 EDT 2020 | 21st Century Insurance<br>3 Beaver Valley Road<br>Wilmington, DE 19803-1125 | Allied Collection Services<br>8550 Balboa Boulevard, Suite 323<br>Northridge, CA 91325-5806 |
| Roberta W. Andrews<br>38545 Ford Rd.<br>Suite 104<br>Westland, MI 48185-7901 | Canton Asthma & Allergy<br>1600 South Canton Center Road<br>Canton, MI 48188-0004 | Capital One<br>attn: Bankruptcy Deptartment<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226-3314 | City of Detroit<br>Parking Violations Bureau<br>P.O. Box 2549<br>Detroit, MI 48231-2549 |
| City of Inkster - City Treasurer<br>26215 Trowbridge Street<br>Inkster, MI 48141-2479 | City of Inkster - Water and Sewer<br>26215 Trowbridge Street<br>Inkster, MI 48141-1800 | Clinical Associates Cardiovascular<br>8080 Grand River Avenue, Suite 300<br>Farmington, MI 48336 |
| DTE Energy<br>attn: Bankruptcy Department<br>One Energy Plaza<br>2160 WCB<br>Detroit, MI 48226-1279 | Department of Education/Nelnet<br>3015 Parker Road, Suite 400<br>Aurora, CO 80014-2904 | Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, TX 75403-5609 |
| Echo Management Services<br>P.O. Box 160<br>Warren, MI 48090-0160 | Samuel Firebaugh<br>38545 Ford Road<br>Suite 104<br>Westland, MI 48185-7901 | First Federal Credit Control, Inc.<br>24700 Chagrin Blvd   Suite 205<br>Beachwood, OH 44122-5662 |
| Marcy J. Ford<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Moe Freedman<br>3030 W. Grand Blvd.<br>Ste. 10-200<br>Detroit, MI 48202-6030 | Garden City Hospital<br>attn: Patient Accounts<br>6245 Inkster Road<br>Garden City, MI 48135-4001 |
| IC Systems, Inc.<br>P.O. Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Michael S. Finn, Ph.D., P.C.<br>23975 Novi Road #103<br>Novi, MI 48375-2459 |
| Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909<br>5 48909-7668 | Nutribullet LLC<br>c/o Allied Collection Services<br>8550 Balboa Blvd, Suite 323<br>Northridge, CA 91325-3562 | Oakwood Hospital<br>P.O. Box 48458<br>Oak Park, MI 48237-6058 |
| Ocwen Loan Servicing, LLC<br>P.O. Box 24737<br>West Palm Beach, FL 33416-4737 | Ocwen Loan Servicing, LLC<br>P.O. Box 24738<br>West Palm Beach, FL 33416-4738 | Paramount Recovery Systems<br>111 E. Center Street<br>Lorena, TX 76655-9651 |

| | | |
|---|---|---|
| Edward L. Parker<br>26667 Monticello Street<br>Inkster, MI 48141-1258 | Professional Account Management, LLC<br>Specializing in Receivables Management<br>P.O. Box 2549<br>Detroit, MI 48231-2549 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Royal Dentistry PLLC<br>24718 Michigan Avenue<br>Dearborn, MI 48124-1750 | (p)RUSSELL COLLECTION AGENCY<br>PO BOX 7009<br>FLINT MI 48507-0009 |
| Santander Consumer USA<br>attn: Bankruptcy Department<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Second Round<br>1330 Wonder World Drive, Suite 104<br>San Marcos, TX 78666-7567 | Skelly & Zager, D.D.S., P.C.<br>32788 Five Mile Road<br>Livonia, MI 48154-6002 |
| Southgate Radiology<br>P.O. Box371863<br>Pittsburgh, PA 15250-7863 | State of Michigan Department of Treasury<br>Attorney General<br>Cadillac Place, 10th Floor<br>3030 W. Grand Blvd, Ste 10-200<br>Detroit, MI 48202-6030 | Stuart-Lippman<br>5447 East 5th Street, Suite 110<br>Tucson, AZ 85711-2345 |
| The Bank of New York Mellon<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 | U.S. Attorney<br>attn: Civil Division<br>INTERNAL REVENUE SERVICE<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226-3220 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Russell Collection Agency, Inc.<br>G3285 Van Slyke Road<br>Flint, MI 48507 | (d)Russell Collection Agency, Inc.<br>P.O. Box 7009<br>Flint, MI 48507-0009 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ERISA Pension Plan Loan | (u)The Bank Of New York Mellon | End of Label Matrix<br>Mailable recipients   43<br>Bypassed recipients   2<br>Total   45 |